UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DARRELL WILLIAMS,

        Plaintiff,                  No. 2:10-cv-2043 JAM DAD P

vs.

JOHN HAVLIN, et al.,            **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

        Defendants.

_____/

        Darrell Williams, inmate #T-84485, a necessary and material witness in a settlement conference in this case on October 11, 2012, is confined in San Quentin State Prison, San Quentin, California 94964, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at the U. S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #2 on October 11, 2012 at 9:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, San Quentin State Prison, San Quentin, California 94964:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge Kellison, at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: July 30, 2012.

DAD:9
43.841

will20

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE