IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL WILLIAMS,

        Plaintiff,                      No. 2: 10-cv-2043 JAM DAD P

    vs.

BROWN,

        Defendant.                ORDER

        Plaintiff is a state prisoner proceeding *pro se* with a civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant filed a motion for judgment on the pleadings on October 17, 2012. (See Dkt. No. 50.) To date, plaintiff has neither filed an opposition to defendant's motion or a statement of non-opposition to the granting of that motion.

        Accordingly, IT IS HEREBY ORDERED that plaintiff shall file either: (1) an opposition to defendant's motion for judgment on the pleadings; or (2) a statement of non-opposition to defendant's motion for judgment on the pleadings within fourteen (14) days of the

/////

/////

/////

/////

1

1 date of this order. Failure to comply with this order may result in a recommendation that this
2 matter be dismissed without prejudice.
3 DATED: November 21, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD1:dpw
will2043.oscrespd.mjp