UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>KEVIN BROWN,<br><br>    Defendant. | No.  2:10-cv-02043-JAM-DAD<br><br>**ORDER PROVIDING NOTICE TO PARTIES OF COURT'S INTENTION TO GRANT SUMMARY JUDGMENT IN DEFENDANT'S FAVOR AND PROVIDING OPPORTUNITY TO BE HEARD** |

The Court issues the following order to provide Plaintiff Darrell Williams ("Plaintiff") reasonable notice of its intention to grant summary judgment sua sponte in Defendant Kevin Brown's ("Defendant") favor.

"District courts unquestionably possess the power to enter summary judgment sua sponte, even on the eve of trial." Norse v. City of Santa Cruz, 629 F.3d 966, 971 (9th Cir. 2010).  However, "'[s]ua sponte grants of summary judgment are only appropriate if the losing party has reasonable notice that the sufficiency of his or her claim will be in issue.'"  Id. at 971-72 (quoting United States v. 14.02 Acres of Land More or Less in Fresno Cnty., 547 F.3d 943, 955 (9th Cir. 2008)).  "'Notice need not be

1

1 | explicit. . . . A party is "fairly appraised" that the court
2 | will in fact be deciding a summary judgement [sic] motion if that
3 | party submits matters outside the pleadings to the judge and
4 | invites consideration of them.'" United States v. 14.02 Acres of
5 | Land More or Less in Fresno Cnty., 547 F.3d at 955 (quoting In re
6 | Rothery, 143 F.3d 546, 549 (9th Cir. 1998)).

7 |     Here, Plaintiff filed a motion for summary judgment (Doc.
8 | #32).  Magistrate Judge Dale A. Drozd considered the motion on
9 | its merits and recommended the Court deny it (Doc. #34).  After
10 | considering Plaintiff's objections, the Court adopted the
11 | findings and recommendations in full (Doc. #37).  After reviewing
12 | the record and Magistrate Judge Drozd's findings and
13 | recommendations in preparation for the upcoming trial, the Court
14 | is now inclined to grant summary judgment sua sponte in
15 | Defendant's favor.

16 |     Magistrate Judge Drozd found that Plaintiff failed to meet
17 | the standard for summary judgment in his favor, considering the
18 | evidence in the light most favorable to Defendant.  However, he
19 | went further and found "the evidence presented by *plaintiff*
20 | fail[ed] to demonstrate that defendant Brown responded to
21 | plaintiff's serious medical needs with deliberate indifference."
22 | F&R at p. 8 (emphasis added).  Magistrate Judge Drozd concluded
23 | that "based on plaintiff's evidence, defendant Brown's alleged
24 | misconduct on this one occasion cannot be said to amount to a
25 | failing of constitutional magnitude *as a matter of law*." Id.
26 | (emphasis added).  The Court agrees with this conclusion and now
27 | notifies the parties of its intent to grant judgment in
28 | Defendant's favor.

    Although the Court finds Plaintiff has already received "'reasonable notice that the sufficiency of his [] claim will be in issue,'" the parties are hereby notified that the Court will provide an additional opportunity for them to be heard on the matter on the first day of trial, August 3, 2015.  See Norse, 629 F.3d at 971-72.

    IT IS SO ORDERED.

Dated:  7/24/2015

                                        /s/ John A. Mendez_____
                                        UNITED STATES DISTRICT COURT JUDGE