UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL WILLIAMS, | No. 2:10-cv-2043 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| JOHN HAVLIN, et al., | |
| Defendant. | |

 Judgment against plaintiff in this case was entered on August 3, 2015. On August 31, 2015, plaintiff filed an appeal. On November 2, 2015, plaintiff moved this court for a copy of the transcript, at government expense, of the August 3, 2015 proceedings before the district judge. The court cannot authorize the government's payment for transcripts unless plaintiff demonstrates that his appeal is not frivolous but presents a substantial question. 28 U.S.C. § 753(f). Plaintiff has failed to show a particular need for the requested transcripts.

 Accordingly, plaintiff's November 2, 2015 Motion for Transcripts (ECF No. 100) is DENIED.

DATED: August 29, 2016    /s/ DEBORAH BARNES
               UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/will2043.trns

1